```
  DSCFE          *        PUBLIC INFORMATION        *      04-02-2024
PAGE 001         *           INMATE DATA            *      08:04:58
                          AS OF 04-02-2024
```

REGNO..: 24527-509 NAME: MIAH, KHALED

```
                    RESP OF: ELK
                    PHONE..: 330-420-6200    FAX: 330-420-6436
                                             RACE/SEX...: ASIAN/PAC.ISL. / MALE
                                             AGE:  30
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 02-16-2026                      PAR HEAR DT:
```

**EXHIBIT**

**G**

G0002       MORE PAGES TO FOLLOW . . .

001

```
 DSCFE            *        PUBLIC INFORMATION      *       04-02-2024
PAGE 002          *           INMATE DATA          *       08:04:58
                              AS OF 04-02-2024
```

REGNO..: 24527-509 NAME: MIAH, KHALED

```
                    RESP OF: ELK
                    PHONE..: 330-420-6200    FAX: 330-420-6436
FSA ELIGIBILITY STATUS IS: INELIGIBLE
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 08-16-2025

THE INMATE IS PROJECTED FOR RELEASE: 02-16-2026 VIA GCT REL

---------------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------------

```
COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: 21-CR-110
JUDGE...........................: HARDY
DATE SENTENCED/PROBATION IMPOSED: 10-18-2022
DATE COMMITTED..................: 12-13-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:     $700.00        $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------
```
OFFENSE CODE....:   014     18:115 RTLTNG FED OFF/INJURE
OFF/CHG: 18:875(C) INTERSTATE THREATS (CTS 1-5); 18:115(A)(1)(B) AND
         115(B)(4) INFLUENCING AND/OR RETALIATING AGAINST A FEDERAL
         OFFICER BY THREAT (CT6); 18:1519 DESTRUCTION, ALTERATION OR
         FALSIFICATION OF RECORDS IN A FEDERAL INVESTIGATION (CT8)
```

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    72 MONTHS
TERM OF SUPERVISION............:     3 YEARS
DATE OF OFFENSE................: 12-27-2020
```

G0002        MORE PAGES TO FOLLOW . . .

```
 DSCFE          *         PUBLIC INFORMATION          *      04-02-2024
PAGE 003 OF 003 *           INMATE DATA               *      08:04:58
                         AS OF 04-02-2024


REGNO..: 24527-509 NAME: MIAH, KHALED

                    RESP OF: ELK
                    PHONE..: 330-420-6200    FAX: 330-420-6436
-------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 12-14-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-29-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-18-2022
TOTAL TERM IN EFFECT............:    72 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS
EARLIEST DATE OF OFFENSE........: 12-27-2020

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                   01-06-2021   10-17-2022

TOTAL PRIOR CREDIT TIME.........: 650
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 324
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 02-16-2026
ELDERLY OFFENDER TWO THIRDS DATE: 01-06-2025
EXPIRATION FULL TERM DATE.......: 01-06-2027
TIME SERVED.....................:    3 YEARS     2 MONTHS     28 DAYS
PERCENTAGE OF FULL TERM SERVED..:  53.9
PERCENT OF STATUTORY TERM SERVED:  63.3

PROJECTED SATISFACTION DATE.....: 02-16-2026
PROJECTED SATISFACTION METHOD...: GCT REL




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

003