

GOVERNMENT
EXHIBIT

A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

KHALED MIAH,

     Petitioner,

  v.

REGIONAL DIRECTOR  BONCHER,
ET AL,

     Respondents

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CASE NO. 4:25-CV-00659

## DECLARATION OF ROBERT JENSEN

I, Robert Jensen, do hereby declare, certify and state as follows:

1. I am a Senior Consolidated Legal Center (CLC) Attorney employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), Northeast Regional Office (NERO), Philadelphia, Pennsylvania. I have been an attorney with BOP and NERO since February 12, 2012. In my official capacity, I have access to most records maintained in the ordinary course of business at NERO, including records maintained in the BOP's computerized database known as Sentry and the electronic central file system.

2. A review of Sentry shows that Khaled Miah, Register Number 24527-509, is a federal inmate who was last designated to Federal Correctional Institution (FCI) Elkton in Lisbon, Ohio. In Case No. 21-CR-110, Mr. Miah was convicted of several counts of Interstate Threats, Influencing or Retaliating Against a Federal Officer by Threat, and Destruction of Records in a Federal Investigation. Mr. Miah was sentenced to serve a term of incarceration of 72 months. After receiving all Good Conduct Time and First Step Act credit to which he was entitled, Mr.

1

Miah was released from BOP custody on May 22, 2025. <u>See</u> Attachment A, Inmate Profile (redacted); Attachment B, Inmate History, ADM-REL.

3. Attached hereto, please find true and correct copies of the following documents kept in the ordinary course of business:

A. Inmate Profile (redacted); and

B. Inmate History, ADM-REL.

I declare that the foregoing is true and correct to the best of my knowledge and belief and is given under penalty of perjury pursuant to 28 U.S.C. § 1746 this May 27, 2025.

RESPECTFULLY SUBMITTED,

ROBERT JENSEN
Senior CLC Attorney
Northeast Region

```
NERAH  535.03 *            INMATE PROFILE              *    05-27-2025
PAGE 001 OF 001                                            10:00:30
         24527-509          REG
REGNO: 24527-509               FUNCTION: PRT DOB/AGE.: 04-24-1993 / 32
NAME.: MIAH, KHALED                         R/S/ETH.: A/M/O    WALSH: NO
RSP..: ELK-ELKTON FCI                       MILEAGE.: 41 MILES
PHONE: 330-420-6200      FAX: 330-420-6436
ARS ASSIGNMENT..: FIRST STEP ACT RELEASE     FBI NO..: 7NCHFN06T
ARS DATE/TIME...: 05-22-2025/1659            INS NO..: 055378781
 PROJ REL METHOD: UNKNOWN                    SSN.....: ███████
 PROJ REL DATE..: UNKNOWN       PSYCH: NO    DETAINER: NO     CMC..: YES
         - - - - - - - - RELEASE DESTINATION - - - - - - - - -
         AGENCY...............:
         DST ASSIGNMENT.......:
         ADDRESS..............: ███████████████████████

OFFN/CHG RMKS: 21-CR-110;INTERSTATE THREATS-CT1-5;RETALIATING AGAINST FED OFF
OFFN/CHG RMKS: &DESTRUCTION OF RECORDS IN FEDERAL INVESTIGATION; TIE:72M/3YR
   FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - - EFF DATE   TIME
   ELK  ADM-REL    FSA REL    FIRST STEP ACT RELEASE        05-22-2025 1659
   ELK  CARE LEVEL CARE1      HEALTHY OR SIMPLE CHRONIC CARE 05-16-2023 1236
   ELK  CARE LEVEL CARE1-MH   CARE1-MENTAL HEALTH           12-27-2022 1513
   ELK  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO        01-04-2023 0916
   ELK  CASE MGT   CFSR       CERT FOOD SINCERITY REMOVAL   12-08-2023 0929
   ELK  CASE MGT   COMPUTR NO NOT ALLOWED TO USE COMPUTERS  06-11-2023 1429
   ELK  CASE MGT   DRVE LIC Y DRIVERS LICENSE - YES         12-20-2023 1511
   ELK  CASE MGT   PHOTO ID N PHOTO ID - NO                 01-04-2023 0916
   ELK  CASE MGT   RPP COMPLT RELEASE PREP PGM COMPLETE     09-15-2023 0828
   ELK  CASE MGT   RPP UNT C  RELEASE PREP UNIT PGM COMPLETE 05-03-2024 0813
   ELK  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO     01-04-2023 0916
   ELK  CASE MGT   VET P/S N  PARENT/SPOUSE VETERAN - NO    01-04-2023 0916
   ELK  CASE MGT   VETERAN N  VETERAN - NO                  01-04-2023 0916
   ELK  CASE MGT   VWP AUTO   VICTIM/WITNESS PGM AUTO UPDATE 11-05-2022 0645
   ELK  CASE MGT   V94 CVA913 V94 CURR VIOL ON/AFTER 91394  12-20-2022 1111
   ELK  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY  11-04-2022 1048
   ELK  CORR SVCS  REQD MONTR REQUIRED MONITORING           11-08-2022 1359
   ELK  DESIG/SENT ECHO       TEAM ECHO                     11-04-2022 1048
   ELK  DESIG/SENT FPAW YES   FPAW-FULLY COMPLIED W/JUD REC 11-08-2022 1704
   ELK  EDUC INFO  ESL HAS    ENGLISH PROFICIENT            12-15-2022 1134
   ELK  EDUC INFO  GED HAS    COMPLETED GED OR HS DIPLOMA   12-15-2022 1134
   ELK  FIN RESP   COMPLT     FINANC RESP-COMPLETED         10-12-2023 0754
   ELK  LEVEL      LOW        SECURITY CLASSIFICATION LOW   11-08-2022 1704
   ELK  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 12-28-2022 0947
   ELK  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE      12-28-2022 0947
   ELK  PT OTHER   A SUCCESSW ACADEMIC SUCCESS WAITLIST     07-29-2023 0911
   ELK  PT OTHER   ANG M WAIT ANGER MANAGEMENT CBT WAIT     04-14-2023 0806
   ELK  PT OTHER   CR TH WAIT CRIMINAL THINKING WAIT        04-14-2023 0806
   ELK  PT OTHER   EM SR WAIT EMOTIONAL SELF-REG CBT WAIT   04-14-2023 0806
   ELK  RELIGION   MUSLIM     MUSLIM                        01-27-2023 1246


   G0017       WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
 REG NO..: 24527-509 NAME....: MIAH, KHALED
 CATEGORY: ARS      FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
ELK    FSA REL    FIRST STEP ACT RELEASE      05-22-2025 1659 CURRENT
ELK    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-13-2022 1534 05-22-2025 1659
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-13-2022 1534 12-13-2022 1534
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-04-2022 1155 12-13-2022 1534
DSC    ADMIN REL  ADMINISTRATIVE RELEASE      11-04-2022 1055 11-04-2022 1055
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION    11-04-2022 1046 11-04-2022 1055
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Attachment B